AO 93 (Rev. 01/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
At Albuquerque NM
JUN 11 2009
MATTHEW J. DYKMAN
CLERK

In the Matter of the Search of          )
*(Briefly describe the property to be searched*    )
*or identify the person by name and address)*      )   Case No. 09-mr-199
                                        )
#1021 Old Santa Fe Trail                )
Santa Fe, New Mexico                    )
                                        )

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____New Mexico____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   _12 June 09_
                                                              *(not to exceed 10 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge

_____
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _08 June 09 @ 1540_          _____
                                                   Judge's signature

City and state: _Albuquerque, New Mexico_          RICHARD L. PUGLISI
                                                   U.S. MAGISTRATE JUDGE

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 09-MR-199 | 6/10/2009 @ 0700 | Forrest Fenn |

Inventory made in the presence of: Diana Parker, FBI SA

Inventory of the property taken and name of any person(s) seized:

See Attached FBI Inventory Sheet

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/11/2009

*Executing officer's signature*

Noel D. Wagner, Special Agent
*Printed name and title*

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) 6/10/2009

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Forrest Fenn

(Street Address) 1021 Old Santa Fe Trail

(City) Santa Fe, New Mexico

Description of Item(s):

1. Video tape
2. Ledger
3. Ledger
4. Bison skull
5. Feathered talisman
6. Dell laptop
7. Photograph
8. Basket w/o bottom
9. Documents re artifacts
10. Documents re artifacts
11. CDs
12. CDs
13. Collection photos
13A. CDs
14. Dell laptop
15. Electronic media
16 & 17. Green boxes w/ photos
18. CPU
19. CPU

Received By: _[signature]_ (Signature)

Received From: _[signature]_ Forrest Fenn (Signature)